1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD JOSE DUPREE,

11            Petitioner,                    No. 2:11-cv-0533 KJN P

12        vs.

13   JIM SCOTT,

14            Respondent.               ORDER

15   _____/

16            Petitioner is a state prisoner proceeding without counsel with an application for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Petitioner has

19   consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).

20            On April 4, 2011, this action was dismissed without prejudice for failure to state a

21   cognizable habeas corpus claim.  Petitioner has now filed an appeal.  Therefore, IT IS HEREBY

22   ////

23   ////

24   ////

25   ////

26   ////

1   ORDERED that the court declines to issue the certificate of appealability referenced in 28 U.S.C.

2   § 2253.

3   DATED: May 10, 2011

4

5                                                  KENDALL J. NEWMAN

6                                                  UNITED STATES MAGISTRATE JUDGE

7   /dupr0533.coa